UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ALBERT SHOULDERS, a/k/a Bundy,

                            Defendant.

------------------------------------x

ORDER

20 Crim. 57-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

Considering the factors in 18 U.S.C. § 3142, Defendant's application for pretrial release is DENIED. No condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

Dated: New York, New York
       July 16, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge