UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

ALBERT SHOULDERS, *a/k/a Bundy*,

                            Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 10 2020

ORDER

20 Crim. 57-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's application for reconsideration of this Court's order denying pretrial release, (ECF No. 152), is DENIED. Defendant has not presented any matters that this Court overlooked in reaching its previous decision.[1] No condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

Dated: New York, New York
       August 10, 2020

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] This Court issued its previous order denying Defendant's motion for pretrial release after receiving and reviewing Defendant's letter motion and the Government's letter in opposition. Now, Defendant alleges that, after the initial application, defense counsel contacted the Court via email to request a "one week adjournment to reply to the Government's submission." Defendant attaches to his application for reconsideration an email that defense counsel purportedly sent to the Government and this Court. This Court, however, conducted a review of its electronic records and no such submission is on file. The form of the document is also highly suspect, and does not comport with a copy of the document provided to the Court by the Government. Contrary to Defendant's claims, this Court never received any communication from defense counsel requesting additional time to submit a reply to the Government's submission.