**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ALBERT SHOULDERS,

                           Defendant.

------------------------------------x

ORDER

20 Crim. 57-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for August 4, 2021 at 10:00 am.

Dated: New York, New York
       July 20, 2021

SO ORDERED.

_George B Daniels_
GEORGE B. DANIELS
United States District Judge