**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ALBERT SHOULDERS,

                        Defendant.

------------------------------------x

ORDER

20 Crim. 57-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The change of plea hearing on August 4, 2021 is rescheduled from 10:00 a.m. to 10:30 am.

Dated: New York, New York
      July __, 2021
      JUL 2 6 2021

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge